**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

In re:

    Jimmy D. Brock
    Lydia J. Brock

                  Debtors.

Case No. 18-bk-32486
Chapter 13
Judge Beth A. Buchanan

## MOTION TO DISMISS CHAPTER 13
## CASE WITH MEMORANDUM IN SUPPORT

Home Builders Finance, Inc. ("Home Builders"), a creditor of Debtor Jimmy D. Brock ("Debtor") and a party in interest, moves this Court for an Order dismissing this Chapter 13 bankruptcy proceeding for cause pursuant to §§ 105 and 1307(c) of the United States Bankruptcy Code. For the reasons set forth in Home Builder's Motion for Order Confirming Inapplicability of Automatic Stay with Memorandum in Support ("Inapplicability of Stay Motion") filed herein (dckt 25), and Home Builder's Motion For Relief From Stay And Relief From Co-Debtor Stay With Memorandum In Support ("Stay Motion") (dckt 26), Debtor's bankruptcy proceeding was not filed in good faith and a lack of good faith is "cause" for dismissal.

### MEMORANDUM IN SUPPORT

The law, arguments, and facts (including the documents attached to Home Builder's Inapplicability of Stay Motion and Home Builder's Stay Motion) are hereby incorporated by reference. For the reasons set forth in the Inapplicability of Stay Motion (dckt 25) and the Stay Motion (dckt 26), the current bankruptcy proceeding was filed with a lack of good faith. The filing of a Chapter 13 bankruptcy case with a lack of good faith is "cause" for the dismissal of

the case. *See In re Duruji*, 287 B.R. 710, 713 (Bankr. S.D. Ohio 2003). If a Chapter 13 case is filed in bad faith, the case can be dismissed for cause. *See In re Alt*, 305 F3d 413, 418-19 (6th Cir. 2002). "The key inquiry in such cases is whether the debtor is seeking to abuse the bankruptcy process." *Id.*

For the reasons set forth in the Inapplicability of Stay Motion (dckt 25) and the Stay Motion (dckt 26), the Debtor's bankruptcy was filed in bad faith and Debtor is seeking to manipulate and abuse the bankruptcy process. Therefore, this case should be dismissed.

*/s/ John E. Haller*
John E. Haller (jhaller@slk-law.com)(0031289)
SHUMAKER, LOOP & KENDRICK, LLP
41 South High Street, Suite 2400
Columbus, OH 43215
Tel:  614.463.9441
Fax:  614.463.1108

David J. Coyle (dcoyle@slk-law.com)(0038966)
SHUMAKER, LOOP & KENDRICK, LLP
North Courthouse Square
1000 Jackson Street
Toledo, OH 43604-5573
Tel:  419.321.1418
Fax:  419.241.6894

*Attorneys for Creditor Home Builders Finance, Inc.*

### CERTIFICATE OF SERVICE WITH 21-DAY NOTICE OF MOTION

Creditor Home Builders Finance, Inc., by counsel, has filed its **MOTION TO DISMISS CHAPTER 13 CASE WITH MEMORANDUM IN SUPPORT** in this case. Notice is hereby given that unless a responsive pleading is filed within **21 days** from the date of this service, an order granting the foregoing **MOTION TO DISMISS CHAPTER 13 CASE WITH MEMORANDUM IN SUPPORT** may be issued by the Court without further notice or hearing as provided by LBR 9013-1(b). If you do not want the court to grant the relief sought in the Motion, then on or before **twenty-one (21) days from the date set forth below in this certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, U.S. Bankruptcy Court, Southern District of Ohio, 120 West Third Street, Dayton, Ohio 45402 **or** your

attorney must file a response using the court's ECF system. The court must receive your response on or before the above date. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

You must also send a copy of your response either by (1) the court's ECF system or by (2) regular U.S. Mail to:

Wayne P. Novick (gratefullawyer2@gmail.com)
2135 Miamisburg-Centerville Road
Centerville, OH 45459

*Attorney for Debtors*

Jeffrey M. Kellner (jmkellner@dayton13.com)
131 North Ludlow Street, Suite 900
Dayton, OH 45402

*Trustee*

John E. Haller (jhaller@slk-law.com)
SHUMAKER, LOOP & KENDRICK, LLP
41 South High Street, Suite 2400
Columbus, OH 43215

*Attorney for Creditor Home Builders Finance, Inc.*

David J. Coyle (dcoyle@slk-law.com)
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604-5573

*Attorney for Creditor Home Builders Finance, Inc.*

D. Anthony Sottile (bankruptcy@sottileandbarile.com)
18 West Monument Avenue
Loveland, OH 45140

*Attorney for Creditor Universal 1 Credit Union, Inc.*

Bradley C. Smith (bsmithagb@flhslaw.com) [1]
15 West Fourth Street, Suite 100
Dayton, OH 45402

*Attorney for Creditor Ohio Department of Taxation*

Cassandra Andres Rice (jmeiring@gplawdayton.com) [1]
GOTTSCHLICH & PORTUNE, LLP
201 East Sixth Street
Dayton, OH 45402

*Attorney for Creditor Miami Valley Hospital*

The undersigned further certifies that a copy of the **MOTION TO DISMISS CHAPTER 13 CASE WITH MEMORANDUM IN SUPPORT** was served upon the following parties via the Court's ECF system at the email address registered with the court[1] or by ordinary U.S. mail, postage prepaid,[2] on October 1, 2018:

Wayne P. Novick (gratefullawyer2@gmail.com) [1]
2135 Miamisburg-Centerville Road
Dayton, OH 45459

Jeffrey M. Kellner (ecfclerk@dayton13.com) [1]
131 North Ludlow Street, Suite 900
Dayton, OH 45402-1161

Jimmy D. Brock – Debtor [2]
Lydia J. Brock – Co-Debtor [2]
5348 State Route 123
Franklin, OH 45345

U.S. Trustee [2]
c/o Assistant U.S. Trustee
Office of the U.S. Trustee
170 North High Street, Suite 200
Columbus, OH 43215-2417

3

D. Anthony Sottile (bankruptcy@sottileandbarile.com) [1]
18 West Monument Avenue
Loveland, OH 45140

Bradley C. Smith (bsmithagb@flhslaw.com) [1]
15 West Fourth Street, Suite 100
Dayton, OH 45402

Cassandra Andres Rice (jmeiring@gplawdayton.com) [1]
GOTTSCHLICH & PORTUNE, LLP
201 East Sixth Street
Dayton, OH 45402

*/s/ John E. Haller*
John E. Haller

SLK_TOL:#3199764v1